UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL HORNER**,                                              Case No. 6:12-CV-01938-KI

         Plaintiff,                                              JUDGMENT

    v.

**COMMISSIONER, Social Security Administration**,

         Defendant.

  Bruce W. Brewer
  PO Box 421
  West Linn, OR 97068

      Attorney for Plaintiff

  S. Amanda Marshall
  United States Attorney
  District of Oregon
  Adrian L. Brown
  Assistant United States Attorney
  1000 SW Third Ave., Suite 600
  Portland, OR 97201-2902

Page 1 - JUDGMENT

Nancy A. Mishalanie
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

   Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   3rd   day of March, 2014.

   /s/ Garr M. King
   Garr M. King
   United States District Judge

Page 2 - JUDGMENT